JOHN M. ROCHEFORT (State Bar No. 054427)
JOHN D. ARYA (State Bar No. 156108)
**ALSTON + BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Mark.Rochefort@alston.com
John.Arya@alston.com

CRAIG J. WHITNEY (State Bar No. 85725)
**EXXON MOBIL CORPORATION**
800 Bell Street, Suite 1583E
Houston, Texas 77002
Telephone: (713) 656-9258
Facsimile: (262) 313-5181
Craig.J.Whitney@exxonmobil.com

Attorneys for Defendant
**EXXONMOBIL OIL CORPORATION**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EAGLE PETROLEUM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York Corporation; DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: CV 10-01132 ~~DSF~~ DMG (FFMx)<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION<br><br>[F.R.C.P. 41(a)(2)]<br><br>~~Honorable Dale S. Fischer~~<br><br>Filing Date: February 16, 2010 |

1    Having reviewed and considered the parties Stipulation to Dismiss the
2    Action with Prejudice and good cause appearing, IT IS HEREBY ORDERED:
3    1.   The action shall be dismissed with prejudice, each party to bear its
4    own costs and attorneys' fees; and,
5    2.   The Court shall retain jurisdiction of the action to and including
6    October 29, 2010 in order to, upon an appropriate showing by either party: (1) enforce
7    the Settlement Agreement; (2) resolve any dispute that arises in connection with the
8    Settlement Agreement; or (3) vacate and set aside the Settlement Agreement and/or
9    this dismissal with prejudice while reinstating the action.

DATED: 6/7/10

DALE S. FISCHER
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION

Error! Unknown document property name.